Susan MCCOY, Plaintiff—Appellant,

v.

MERRILL LYNCH, PIERCE, FENNER AND SMITH, INCORPORATED, Defendant—Appellee.

No. 04–1190.

United States Court of Appeals,
Fourth Circuit.

Submitted July 21, 2004.

Decided Aug. 16, 2004.

Susan McCoy, Appellant pro se. Amy Yager Jenkins, Nelson, Mullins, Riley & Scarborough, LLP, Charleston, South Carolina; Carole Golinski Miller, Maynard, Cooper & Gale, PC, Birmingham, Alabama, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Susan McCoy appeals the district court's order accepting the recommendation of the magistrate judge, awarding summary judgment to Defendant, and dismissing McCoy's employment discrimination action. We have reviewed the record and

find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McCoy v. Merrill Lynch,* No. CA–03–491–2–23BG (D.S.C. Jan. 21, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*